| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF ST. LOUIS | SIXTH JUDICIAL DISTRICT |

Leonard Rupar,

        Plaintiff,

v.

Menard, Inc.,

        Defendant.

Court File No. _____

## NOTICE OF FILING NOTICE OF REMOVAL

TO: Court Administrator, St. Louis County Courthouse, 100 N. First Avenue West, Duluth, Minnesota 55802; and

Plaintiff, Leonard Rupar, 3942 Vermilion Trail, Aurora, MN 55705.

PLEASE TAKE NOTICE that on June 5, 2024, defendant, Menard, Inc., filed a Notice of Removal with the United States District Court for the District of Minnesota, Fifth Division, removing this action to federal court from the St. Louis County District Court. Pursuant to 28 U.S.C. § 1446(d), the St. Louis County District Court shall proceed no further with this lawsuit unless and until the case is remanded.

    Dated: June 5, 2024

FRYBERGER, BUCHANAN, SMITH & FREDERICK, P.A.

By: /s/ Joseph J. Mihalek
    Joseph J. Mihalek, # 0072904
    Thomas R. Witt, #0387915
    302 West Superior St., Suite 700
    Duluth, Minnesota 55802
    Email: jmihalek@fryberger.com
    Email: trwitt@fryberger.com
    Telephone: (715) 392-7405

ATTORNEYS FOR DEFENDANT MENARD, INC.